UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| VICKY L. PEARSON, | ) | |
| Plaintiff, | ) ) ) | CV. 06-745-AA |
| v. | ) ) | |
| JOANNE BARNHART, Commissioner of Social Security, | ) ) ) | ORDER AWARDING EAJA ATTORNEY FEES |
| Defendant. | ) ) | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $552.79 and no expenses, shall be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Payment shall be to Max Rae, attorney, on behalf of Plaintiff.

DATED this 27 day of November 2006.

_____
United States District Judge

PRESENTED BY:
s/ Max Rae
MAX RAE, OSB #81344
(503) 363-5424
Attorney for Plaintiff, Vicky L. Pearson

Page 1 –   ORDER AWARDING EAJA ATTORNEY FEES
          PEARSON v. BARNHART, CV 06-745-AA